UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN PETKUS, | No. 2:23-cv-02041 AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| NIAGRA CENTRAL REVENUE, INC., | |
| Defendant. | |

      This case was filed on September 21, 2023. ECF No. 1. The action has been assigned to the Magistrate Judge under the court's automated case assignment plan. See Local Rules, Appendix A, subsection (m). Pursuant to the Local Rule and the Civil Case Documents issued in this case (ECF No. 3) the parties are required to return the "CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION" form to the Clerk within 90 days from the date the action was filed, or within 14 days of removal from state court. ECF No. 3 at 2. The parties were cautioned that "[f]ailure to do so may result in the court vacating a hearing or declining to resolve the motion until all consent designations have been submitted." Id.

      Because this action was filed initially in federal court, the parties' consent/decline forms were due on December 20, 2023. The undersigned notes that the Clerk of Court entered default against defendant on January 19, 2024, but plaintiff has not filed a motion for default judgment. Nor has plaintiff filed his consent/decline form. Plaintiff has not taken any action in this case

since moving for entry of default on January 18, 2024.  ECF No. 5.  The court is concerned plaintiff has abandoned this case.

Plaintiff is therefore ORDERED to file his consent/decline form regarding magistrate jurisdiction and a motion for default judgment, or show good cause why no such motion has been filed, within 30 days of this order.  Filing a motion or status update will automatically discharge this order.  Failure to make a filing will result in sanctions, up to and including a recommendation that this case be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED: March 22, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2